

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

CHARLENE MUHAMMAD, aka
SHARLENE HARRIS,

    Debtor.

Case No. LA 06-11066-SB

CHAPTER 11

ORDER OF DISMISSAL AND INJUNCTION AGAINST FURTHER VOLUNTARY OR INVOLUNTARY CASE FILING

DATE: April 4, 2006
TIME: 10:00 a.m.
CRTRM.: 1575 (Roybal)

    The court's order to show cause re dismissal came on for hearing on April 4, 2006 at 10:00 a.m. Neither the debtor nor any purported creditor appeared. Good cause appearing,

    IT IS HEREBY ORDERED that this chapter 11 case is dismissed.

    IT IS FURTHER ORDERED that the debtor is barred pursuant to 11 U.S.C. §109(g), from filing any further petition in this court for a period of 180 days.

    IT IS FURTHER ORDERED that all creditors are also barred from filing any

involuntary case against Charlene Muhammad or Sharlene Harris for 180 days, absent further order of this court.

DATED: April 4, 2006

———————————————
SAMUEL L. BUFFORD
UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF MAILING

I certify that a true copy of this **ORDER OF DISMISSAL AND INJUNCTION AGAINST FURTHER VOLUNTARY OR INVOLUNTARY CASE FILING** was mailed on 4-5-06 to the parties listed below:

U.S. Trustee's Office
725 So. Figueroa St., Suite 2600
Los Angeles, CA 90017

Charlene Muhammad
5424 S. Crenshaw Blvd.,
Los Angeles, CA 90043

James Moore
5142 West Blvd.
Los Angeles, CA 90043

Sharlene Harris
1225 Del Rey Ave.
Pasadena, CA 91107

Charlene Muhammad
DBA June Pei
DBA Kelli Clingman
1416 W. 87th St.
Los Angeles, CA 90047

Ms. Walker
3529 W. 81st St.
Inglewood, CA 90301

Mr. L. Gaston
6069 S. Vermont Ave.
Los Angeles, CA 90044

Mr. R. Hill
6069 S. Vermont Ave.
Los Angeles, CA 90044

T. Burton
6069 S. Vermont Ave.
Los Angeles, CA 90044

DATED: 4-5-06

_____
DEPUTY CLERK